Kristine Davenport
1800 Riverside Drive
Missoula, MT 59804
(406) 728-0889
*pro se*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTTRADE, INC., an Arizona Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, SHANE M. LEFEBER, CHRISTOPHER GIBBONS, KIMBERLY CHABOT, and PATRICIA FALLER, all individually,<br><br>Defendants. | Cause No. CV-11-03-BLG-RFC<br><br>**KRISTINE DAVENPORT'S MOTION FOR EXTENSION OF TIME FOR CONFERENCE** |

Defendant Kristine Davenport hereby moves the Court for an extension of time for holding the preliminary pretrial conference, and for such other and further relief as the Court deems just and proper.

Defendant LeFeber could not be contacted. The other parties object to the Motion.

DATED: May 24, 2011.

*Kristine Davenport* (signature)
Kristine Davenport

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011 a copy of the foregoing document was served on the following persons by the following means:

```
2-4     CM/ECF
1       Hand Delivery
5       Mail
```

1. Clerk, U. S. District Court
2. Jeffrey Oven
   Crowley Fleck PLLP
   P. O. Box 2529
   Billings, MT  59103-2529
3. Jon Beal
   Beal Law Firm, PLLC
   P. O. Box 8898
   Missoula, MT  59807-8898
4. Kimberly Chabot
   8119 Jamieson Court SW
   Olympia, WA  98512
5. Christopher Gibbons
   P. O. Box 553
   Sandpoint, ID  83864

*Kristine Davenport*
Kristine Davenport