## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| SCOTTRADE, INC. an Arizona, Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually, SHANE M. LEFEBER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, PATRICIA FALLER, individually,<br><br>      Defendants. | Case No. CV-11-03-BLG-RFC<br><br><br><br><br>**ORDER RE-SETTING PRELIMINARY PRETRIAL CONFERENCE** |

Defendant Kristine Davenport has moved to reschedule the preliminary pretrial conference currently set for June 14, 2011. *Doc. 65.* For good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED:** the preliminary pretrial conference will be held by conference call on **Thursday July 7, 2011 at 11:00 a.m.** Counsel and parties proceeding *pro se* shall call 406-247-4021 at the time specified and wait for my law clerk to come on line.   Parties that have

not already done so must file a preliminary pretrial statement addressing all

matters listed in L.R. 16.2(b)(1) by June 30, 2011.

      DATED this 2nd day of June, 2011.


                    */s/ Richard F. Cebull*_____
                    RICHARD F. CEBULL
                    U.S. DISTRICT COURT JUDGE