IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

FEB 17 2015

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| SCOTTRADE, INC., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually, SHANE M. LEFEBER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, PATRICIA FALLER, individually,<br><br>　　　　　Defendants.<br><hr><br>PATRICIA FALLER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, SHANE M. LEFEBER, individually,<br><br>　　　　　Cross-Claimants,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually,<br><br>　　　　　Cross-Defendant. | CV 11-03-BLG-SPW<br><br>OPINION AND ORDER |

1

Kristin Davenport filed a Motion for Rule 60(b) Relief on January 16, 2015, seeking relief from Judge Cebull's prior judgments and orders. (Doc. 320). In this motion, as in her previous motions, Davenport re-argues the same issues rejected by the Ninth Circuit. (Doc. 321). As discussed in this Court's prior order, (Doc 315), this Court cannot and will not entertain arguments already raised and decided on appeal. *Richardson v. United States*, 841 F.2d 993, 996 (9th Cir. 1988). Further, the Ninth Circuit mandated that Davenport be allowed to file objections with respect to only Arnold Faller, Patricia Faller and Shane Lefeber's attorney's fees so that this Court may determine whether the fees should issue. (Docs. 290, 295).

Accordingly, Davenport's Motion for Rule 60(b) Relief is DENIED.

DATED this 17 day of February 2015.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge