IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| SCOTTRADE, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually, SHANE M. LEFEBER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, PATRICIA FALLER, individually,<br><br>Defendants. | CV 11-03-BLG-SPW<br><br>ORDER REGARDING DEPOSIT AND INVESTMENT OF REGISTRY FUNDS |
| PATRICIA FALLER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, SHANE M. LEFEBER, individually,<br><br>Cross-Claimants,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually,<br><br>Cross-Defendant. | |

1

Recent guidance from the Administrative Office of the United States Courts recommends that this Court reconsider the manner in which disputed funds on deposit with the Court are maintained.

Where, by order of the Court, funds on deposit with the Court are to be placed in some form of interest-bearing account or invested in a court-approved, interest-bearing instrument in accordance with Rule 67 of the Federal Rules of Civil Procedure, the Court Registry Investment System ("CRIS"), administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045, is the preferred mechanism of investment.

In accordance with these requirements, the clerk shall transfer the balance of the registry fund in the above captioned case plus any interest accrued from the current depository to the CRIS.

The Administrative Office of the United States Courts is authorized and directed by this Order to deduct the appropriate fee for management of investments and tax administration.

IT IS SO ORDERED.

DATED this 7th day of November 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge