

| | |
|---|---|
| SCOTTRADE, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually, SHANE M. LEFEBER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, PATRICIA FALLER, individually,<br><br>Defendants. | CV 11-03-BLG-SPW<br><br>ORDER |
| PATRICIA FALLER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, SHANE M. LEFEBER, individually,<br><br>Cross-Claimants,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually,<br><br>Cross-Defendant. | |

1

Before this Court is Kristine Davenport's Motion for Distribution of Unawarded Funds. (Doc. 389). This motion is premature. *See* April 10, 2015, Order (Doc. 369). Accordingly, Davenport's motion (Doc. 389) is DENIED.

DATED this 21st day of December 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge