
FILED
AUG 23 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTTRADE, INC., an Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually, SHANE M. LEFEBER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, PATRICIA FALLER, individually,<br><br>　　　　　　Defendants.<br><hr><br>PATRICIA FALLER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, SHANE M. LEFEBER, individually,<br><br>　　　　　　Cross-Claimants,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually,<br><br>　　　　　　Cross-Defendant. | CV 11-03-BLG-SPW<br><br>ORDER |

1

On August 1, 2017, this Court granted Shane M. LeFeber's Motion for Distribution of Funds Held in CRIS to Beneficiaries other than Davenport. (Doc. 412). In that order, the Court transposed the 9 and the 8 in CRIS interest amount allotted to Shane M. LeFeber's attorneys' fees. (*Id.* 5, ¶ a). The Court now fixes that error. Paragraph (a) in Section III, Conclusion should read:

    a.    $160,632.32 to the attorneys of Shane (attorneys' fees in the amount of $139,953.00 plus costs in the amount of $8,190.21, plus CRIS interest in the amount of $12,489.11).

This Court's August 1, 2017, Order shall remain otherwise unchanged.

IT IS SO ORDERED.

DATED this 22nd day of August 2017.

                                                SUSAN P. WATTERS
                                                United States District Judge