IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

FEB 0 1 2018

Clerk, U S District Court
District Of Montana
Billings



|  |  |
|---|---|
| SCOTTRADE, INC., an Arizona corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually, SHANE M. LEFEBER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, PATRICIA FALLER, individually,<br><br>          Defendants.<br><br>————————————————<br><br>PATRICIA FALLER, individually, CHRISTOPHER GIBBONS, individually, KIMBERLY CHABOT, individually, SHAME M. LEFEBER, individually,<br><br>          Cross-Claimants,<br><br>vs.<br><br>KRISTINE DAVENPORT, individually,<br><br>          Cross-Defendant. | CV 11-03-BLG-SPW<br><br><br>ORDER |

1

Before the Court is Kristine Davenport's Motion for Distribution of Funds from the Court Registry Investment System. (Doc. 419). On October 3, 2017, the United States Supreme Court denied Davenport's petition for writ of certiorari (Doc. 419) and this case has come to a final resolution. In accordance with this Court's August 1, 2017, Order, Davenport's funds may be distributed.

For reasons state above, this Court ORDERS that Davenport's Motion for Distribution of Funds Held in CRIS (Doc. 420) is GRANTED. This Court further ORDERS the Clerk of Court to distribute Davenport's share of the principal, plus her share of the CRIS interest.

IT IS FURTHER ORDERED that Davenport shall deliver all necessary information required by the Finance Department of the Clerk of the U.S. District Court for the District of Montana to the Clerk, on or before March 1, 2018, in order to issue the check as set forth above.

DATED this 1st day of February 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge